IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIGITTE L. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-271-SLR |
| ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED between the parties that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint is extended until June 15, 2005.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Jennifer L. Brierley*
David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendant

MARGOLIS EDELSTEIN

*/s/ Keri L. Morris*
Jeffrey K. Martin (#2407)
Keri L. Morris (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

IT IS SO ORDERED this ____ day of _____, 2005.

_____
J.