IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRIGITTE L. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 05-271 (SLR) |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure Rule 42(a) Plaintiff, Brigitte L. Brown ("Plaintiff Brown"), hereby moves this Honorable Court for an order that Civil Action No: 05-271 (SLR) and 05-270 (KAJ) be consolidated and merged into one lawsuit on the grounds set forth in the accompanying Memorandum filed in support of Plaintiff's Motion to Consolidate.

MARGOLIS EDELSTEIN

_/s/ Keri L. Morris_
Jeffrey K. Martin, Esquire (#2407)
Keri L. Morris, Esquire (#4656)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680 – telephone
(302) 777-4682 – facsimile
jmartin@margolisedelstein.com
kmorris@margolisedelstein.com
Attorneys for Plaintiff

Dated: August 4, 2005