IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

BRIGITTE L. BROWN,                    )
                                      )
        Plaintiff,                    )      C.A. NO. 05-271 (SLR)
                                      )
        v.                            )
                                      )      JURY TRIAL DEMANDED
DELAWARE TECHNICAL AND                )
COMMUNITY COLLEGE,                    )
                                      )
        Defendant.                    )

**<u>ORDER</u>**

Having considered Plaintiff's Motion to Consolidate, IT IS HEREBY ORDERED that

Civil Action No. 05-271 (SLR) and Civil Action No. 05-270 (KAJ) be consolidated and the

Clerk shall merge the two cases as one lawsuit as Civil Action No. 05-270 (KAJ).

_____
                J.