IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 05-270-KAJ <br> DELAWARE TECHNICAL AND ) <br> COMMUNITY COLLEGE, ) <br> ) <br> Defendant. ) | |
| BRIGITTE L. BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Civil Action No. 05-271-KAJ <br> ) <br> DELAWARE TECHNICAL AND ) <br> COMMUNITY COLLEGE, ) <br> ) <br> Defendant ) | |

### ORDER OF CONSOLIDATION

WHEREAS plaintiff Kenneth Cole has filed a Motion to Consolidate (D.I. 9) Civil Action No. 05-270 with Civil Action No. 05-271-KAJ; and

WHEREAS plaintiff Brigitte L. Brown has filed a Motion to Consolidate (D.I. 8) Civil Action No. 05-271-KAJ with Civil Action No. 05-270;

IT IS HEREBY ORDERED that the Motions to Consolidate (D.I. 9 [Civil Action 05-270]; and D.I. 8 [Civil Action 05-271]]) are GRANTED. The cases shall be consolidated for all purposes.

The caption of this consolidated matter shall be:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLE and BRIGITTE L. BROWN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-270-KAJ |
| DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) (Consolidated) ) ) ) |
| Defendant. | ) |

Hereafter all papers in the consolidated actions will be filed under Civil Action No. 05-270-KAJ.

_____
UNITED STATES DISTRICT JUDGE

August 25, 2005
Wilmington, Delaware